JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

7/6/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGAN STORM, | Case No. CV 16-4666-BRO (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| UNITED STATES, | |
| Respondent. | |

Pursuant to the Order Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 6, 2016

_____
BEVERLY REID O'CONNELL
U.S. DISTRICT JUDGE